**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

By: Lee B. Balefsky, Esquire
PA I.D. #25321
By: Heather L. Kaplan, Esquire
PA I.D. #80414
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: 215-772-1000
Fax: 215-735-0960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Maxine Spawn,<br><br>   Plaintiff,<br><br>Pfizer, Inc., et al.<br><br>   Defendants. | CASE NO. 06 6284 CRB<br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff, MAXINE SPAWN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

DATED: 4/9/07

KLINE & SPECTER, A PROFESSIONAL CORPORATION

By: *(signature)*
Lee B. Balefsky
Attorney for Plaintiff, Maxine Spawn

DATED: 4/11/07

GORDON & REES

By: *(signature)*
Stuart M. Gordon
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: April 13, 2007        By: *(signature)*
Hon. Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-2-