1
2
3   Attorneys for Plaintiffs, Mabel Willis and Donald Willis, w/h
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 06-CV-6284<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MABEL WILLIS and DONALD WILLIS, w/h<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiffs, MABEL WILLIS and DONALD WILLIS, and Defendants, PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

DATED: May 14, 2007

By: /s/ Lee B. Balefsky

Attorneys for Plaintiff, MABEL WILLIS and DONALD WILLIS, w/h

DATED: 5/15, 2007    GORDON & REES

By: /s/ Stuart M. Gordon

Attorneys for Defendants, PFIZER, INC., et al.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 16, 2007

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**